FILED
2021 Dec-14 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DC INJURY SOLUTIONS, LLC** <br> **d/b/a THE INJURY SOLUTION,** <br><br> Plaintiff, <br><br> v. <br><br> **MORRIS BART, LLC,** *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:21-CV-01461-GMB <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Morris Bart, LLC states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

/s/ Charles K. Hamilton
Charles K. Hamilton
Bainbridge, Mims, Rogers & Smith, LLP
Post Office Box 530886
Birmingham, Alabama 35253
(205) 879-1100
khamilton@bainbridgemims.com
Attorney for Defendants Morris Bart, LLC
 and Morris Bart

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2021, I electronically filed the foregoing **Defendant's Corporate Disclosure Statement** using the CM/ECF system which will send notification of such filing to all counsel of record.

                      /s/ Charles K. Hamilton
                      OF COUNSEL